IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR259** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELIAS ZAVALA,** | ) | |
| a/k/a Shannon Estrada, | ) | |
| a/k/a Francisco Alvarez-Estrada, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion for Continuance of the resentencing hearing filed by the Defendant, Elias Zavala (Filing No. 131).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Motion for Continuance of the resentencing hearing filed by the Defendant, Elias Zavala (Filing No. 131) is granted; and

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **24th day of April, 2006,** at the hour of **1:00 p.m.,** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 15th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge