# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:01CR259 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ELIAS ZAVALA, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Elias Zavala's "Notice of Filing," which has been docketed by the Clerk as a Motion to Vacate under 28 U.S.C. § 2255, ECF No. 211. The Motion is duplicative of the earlier motions filed by the Defendant at ECF Nos. 178, 179, 182, 196, and 199, and denied by the Court. The denial of an earlier motion, ECF No. 196, is currently on appeal to the U.S. Court of Appeals for the Eighth Circuit.

Accordingly,

IT IS ORDERED:

1. The Defendant's "Notice of Filing," which has been docketed by the Clerk as a Motion to Vacate under 28 U.S.C. § 2255, ECF No. 211, is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 22nd day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge