# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR259** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ELIAS ZAVALA,** | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Elias Zavala's "Motion for Reconsideration," ECF No. 213.

Accordingly,

IT IS ORDERED:

1. The Defendant's "Motion for Reconsideration," ECF No. 213, is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 14th day of August, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge