# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELIAS ZAVALA,<br><br>        Defendant. | 8:01CR259<br><br>ORDER |

This matter is before the Court on the Defendant's "Motion For Summary Acquittal for Fraud on the Court 'After-The Fact' – Misconduct," ECF No. 219. The Defendant's Motion is duplicative of other motions he has filed in the past. See, *e.g.*, ECF Nos. 178, 196, 199, 211, and 213. The Court ruled on the Defendant's earlier motions, and will deny the current motion as duplicative and frivolous

IT IS ORDERED:

1. The Defendant Elias Zavala's "Motion For Summary Acquittal For Fraud on the Court 'After-the Fact'- Misconduct," Filing No. 219, is denied; and

2. The Clerk will send a copy of this Order to the Defendant at his last known address.

Dated this 12th day of December, 2017.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge