IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:01CR259 |
| vs. | |
| ELIAS ZAVALA, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's "Motion for Reconsideration," ECF No. 223. The Defendant's Motion is duplicative of other motions he has filed in the past. See, *e.g.*, ECF Nos. 178, 196, 199, 211, 213, and 219. The Court ruled on the Defendant's earlier motions, and will deny the current motion as duplicative and frivolous

IT IS ORDERED:

1. The Defendant Elias Zavala's "Motion for Reconsideration," ECF No. 223, is denied;

2. The Clerk will send a copy of this Order to the Defendant at his last known address; and

3. The Clerk is directed not to file any further documents submitted by Defendant Elias Zavala, pro se, but to send such documents to chambers for review and action, as deemed warranted.

Dated this 26th day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge